# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Robert Kevin McCartney
DWCC   H3A DOC No. 358987
670 Bell Hill Road
Homer, La 71040


**REHEARING ACTION: February 9, 2011**


**Docket Number: 10   00597-CA**

**ROBERT KEVIN MCCARTNEY, ET AL.**
**VERSUS**
**CAROLYN J. RYLAND, ET AL.**

**Appealed from Rapides Parish Case No. 231,218**


**BEFORE JUDGES:**

    **Hon. John D. Saunders**
    **Hon. J. David Painter**
    **Hon. Shannon J. Gremillion**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Robert Kevin McCartney** has this day been

    **DENIED.**


cc: Paul Mantle Lafleur, Counsel for the Appellee